IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY J. JORDAN | ) |
| | ) Civil Action No. 05-1333 |
| Plaintiff, | ) |
| | ) JUDGE LANCASTER |
| v. | ) MAGISTRATE JUDGE CAIAZZA |
| | ) |
| EVERFAST, INC. d/b/a CALICO CORNERS | ) Electronically Filed |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, it is hereby **ORDERED** that the above-captioned matter is **DISMISSED, WITH PREJUDICE**, each party to bear its own fees and costs.

Date: Dec 20, 05

_____
Gary L. Lancaster, Judge